No. 98–8623.  ASHIEGBU v. WINSTON ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 98–8627.  WRIGHT v. CAPOTS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–8628.  WHITE v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 98–8635.  REID v. CITY OF FLINT ET AL.  Ct. App. Mich. Certiorari denied.

No. 98–8640.  FLIPPEN v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 98–8645.  GREEN v. CAIN, WARDEN, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 98–8649.  AVILA v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–8650.  BLANKENSHIP v. GROOSE, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS.  C. A. 8th Cir. Certiorari denied.

No. 98–8651.  HAUPT v. DEPARTMENT OF VETERANS AFFAIRS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–8653.  CARTER v. FREESTONE COUNTY JAIL, FAIRFIELD, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–8654.  BAKER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 98–8657.  ANDERSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–8661.  PROCTOR v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL.  C. A. 3d Cir. Certiorari denied.